UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>U.S. Attorney's Office<br>555 Fourth Street, NW<br>Washington, DC 20530,<br><br>      Plaintiff,<br><br>      v.<br><br>ONE OIL PAINTING ENTITLED OTHELLO<br>AND DESDEMONA BY MARC CHAGALL<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:18-0841 (ABJ)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STATUS REPORT**

COMES NOW the United States, by and through its attorney, the United States Attorney for the District of Columbia, and provides the following status report:

1. On October 23, 2018, the FBI released the defendant property to a designee of the sole claimant.

2. The claimant is in the process of arraigning an auction for the defendant property.

                                          Respectfully submitted,

                                          JESSIE K. LIU, D.C. Bar No. 472845
                                          United States Attorney

By:       /s/
                         ZIA M. FARUQUI, D.C. Bar No. 494990
                         Assistant United States Attorney
                         555 Fourth Street, NW
                         Washington, DC 20530
                         (202) 252-7117 (Faruqui)
                         zia.faruqui@usdoj.gov